# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand twenty-three.

_____

| | |
|---|---|
| Louis Oberlander, on behalf of himself and all others similarly situated, Christopher Underwood, on behalf of himself and all others similarly situated, Henry Rodriguez, | **ORDER** |
|   Plaintiffs - Appellants, | Docket No. 23-184 |
| v. | |
| Coinbase Global Inc., Coinbase, Inc., Brian Armstrong, | |
|   Defendants- Appellees. | |

_____

  Appellees move for leave to file a supplemental appendix.

  IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:<br>
Catherine O'Hagan Wolfe,<br>
Clerk of Court