# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May, two thousand twenty-four,

Before:     Pierre N. Leval,
                 Reena Raggi,
                 Joseph F. Bianco,
                      *Circuit Judges.*

Louis Oberlander, on behalf of himself and all others similarly situated, Christopher Underwood, on behalf of himself and all others similarly situated, Henry Rodriguez,

       *Plaintiffs - Appellants,*

v.

Coinbase Global Inc., Coinbase, Inc., Brian Armstrong,

       *Defendants - Appellees.*

**ORDER**

Docket No. 23-184

Appellants move for an order taxing costs against Appellees pursuant to Federal Rule of Appellate Procedure 39(c). Appellees filed an objection to the motion.

IT IS HEREBY ORDERED that any award of costs is DEFERRED. Costs to abide the ultimate completion of the litigation, which continues in the district court. The issue of costs is REFERRED to the district court to be decided with the other costs of the overall proceeding.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

